IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOYCE S. PUTERBAUGH,** | : CIVIL NO. 1:14-CV-1134 |
| **Plaintiff** | : |
| v. | : (Judge Rambo) |
| | : (Magistrate Judge Cohn) |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | : |
| **Defendant** | : |

# O R D E R

Before the court is an August 5, 2015, report of the magistrate judge (doc. 16) in which he recommends that the captioned appeal from a decision of the Commissioner of Social Security be remanded to the Commissioner for further consideration. By letter dated August 6, 2015 (Doc. 7), the Acting Commissioner has advised that she waives the opportunity to file objections to the report and recommendation.

Accordingly, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Cohn.

2) The captioned action is remanded to the Acting Commissioner for further administrative proceedings in accordance with the report and recommendation of the magistrate judge.

3) The Clerk of Court shall close the file.

                                                                       s/Sylvia H. Rambo
                                                                    United States District Judge

Dated: August 10, 2015.